Dennis L. Kennedy, Nevada Bar No. 1462
Kimberly R. McGhee, Nevada Bar No. 9728
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, NV  89148-1302
Phone: (702) 562-8820
Fax: (702) 562-8821
dkennedy@baileykennedy.com
kmcghee@baileykennedy.com

Scot L. Claus  (Admitted *Pro Hac Vice*), Arizona Bar No. 014999
**MARISCAL, WEEKS, McINTYRE & FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100
scot.claus@mwmf.com
**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U-HAUL CO. OF NEVADA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.  2:08-cv-729-KJD-RJJ <br><br> **ORDER PURSUANT TO FRE 502 ADOPTING TERMS OF PRIVILEGE AND CLAWBACK AGREEMENT** |

The parties having submitted their Joint Discovery Plan and Proposed Scheduling Order [#__] which contained as Exhibit A the Privilege and Clawback Agreement duly executed by counsel for all parties, and for good cause demonstrated does order as follows:

IT IS HEREBY ORDERED that the terms and conditions of the Privilege and Clawback Agreement are approved and made a part of this Order.

///

///

1

1  IT IS FURTHER ORDERED that pursuant to FRE 502(d) that the privilege or protection
2  is not waived by disclosure connected with the litigation pending before this Court in Case No's
3  2:06-cv-618-RCJ-PAL and 2:08-cv-00729-KJD-RJJ and also not a waiver in any other Federal
4  or State proceeding.
5  DATED this 23rd day of September, 2011.
6  Submitted by:
7  **BAILEY❖KENNEDY**
8
9  By  */s/ Kimberly R. McGhee*
    DENNIS L. KENNEDY
    KIMBERLY R. McGHEE
10  8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
11
    Scot L. Claus
12  (Admitted *Pro Hac Vice*)
    **MARISCAL, WEEKS McINTYRE**
13     **& FRIEDLANDER, P.A.**
    2901 N. Central Ave., Ste. 200
14  Phoenix, AZ  85012-2705
    **Attorneys for Plaintiffs**
15
16
              **IT IS SO ORDERED.**
17
18
              _____
19            UNITED STATES MAGISTRATE JUDGE
              DATED: Dec. 6, 2011
20