Dennis L. Kennedy, Nevada Bar No. 1462
Kimberly R. McGhee, Nevada Bar No. 9728
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, NV  89148-1302
Phone: (702) 562-8820
Fax: (702) 562-8821
dkennedy@baileykennedy.com
kmcghee@baileykennedy.com

Scot L. Claus  (Admitted *Pro Hac Vice*), Arizona Bar No. 014999
**MARISCAL, WEEKS, McINTYRE & FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100
scot.claus@mwmf.com
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U-HAUL CO. OF NEVADA, INC., et al., | Case No.  2:08-cv-729-KJD-RJJ |
| Plaintiffs, | |
| v. | **ORDER PURSUANT TO FRE 502 ADOPTING TERMS OF PRIVILEGE AND CLAWBACK AGREEMENT** |
| THE UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The parties having submitted their Joint Discovery Plan and Proposed Scheduling Order [#__] which contained as Exhibit A the Privilege and Clawback Agreement duly executed by counsel for all parties, and for good cause demonstrated does order as follows:

IT IS HEREBY ORDERED that the terms and conditions of the Privilege and Clawback Agreement are approved and made a part of this Order.

///

///

1    IT IS FURTHER ORDERED that pursuant to FRE 502(d) that the privilege or protection
2 is not waived by disclosure connected with the litigation pending before this Court in Case No's
3 2:06-cv-618-RCJ-PAL and 2:08-cv-00729-KJD-RJJ and also not a waiver in any other Federal
4 or State proceeding.
5    DATED this 23rd day of September, 2011.
6 Submitted by:
7 **BAILEY❖KENNEDY**

8
9 By  */s/ Kimberly R. McGhee*
   DENNIS L. KENNEDY
   KIMBERLY R. McGHEE
10   8984 Spanish Ridge Avenue
   Las Vegas, Nevada 89148-1302
11
   Scot L. Claus
12 (Admitted *Pro Hac Vice*)
   **MARISCAL, WEEKS McINTYRE**
13      **& FRIEDLANDER, P.A.**
   2901 N. Central Ave., Ste. 200
14 Phoenix, AZ  85012-2705
   **Attorneys for Plaintiffs**
15

16                           **IT IS SO ORDERED.**
17
18                           _____
19                           UNITED STATES MAGISTRATE JUDGE
                             DATED: Dec. 6, 2011
20