# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U-HAUL INTERNATIONAL, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 2:08-CV-00729-KJD-RJJ

**ORDER**

    Fed. R. Civ. P. 42(a)(3) provides courts with the authority to consolidate actions involving common questions of law or fact "to avoid unnecessary cost or delay." Consolidation can be for a limited purpose, such as coordination of pretrial discovery. *See e.g. Rancho Agricola Santa Monica v. Water Seeds Int'l, Inc.,* 2009 WL 3148756 *2 (S.D. Cal. 2009 ).

    This matter is partially related to Case No. 2:06-cv-00618-RCJ-PAL pending before Chief Judge Robert C. Jones. Gregory J. Kamer, one of the defendants in the action pending before Judge Jones, moved for consolidation of the two actions. After hearing from the parties in both actions, it has been determined that the actions are suitable for consolidation of pretrial discovery only.

    Accordingly, pretrial discovery in Case No. 2:06-cv-00618-RCJ-PAL and Case No. 2:08-CV-00729-KJD-RJJ will be consolidated before United States Magistrate Judge Peggy A. Leen.

**IT IS SO ORDERED.**

    DATED this 13th day of December 2011.

_____
Kent J. Dawson
United States District Judge