MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Plaintiffs U-Haul Co.
of Nevada, Inc. and U-Haul International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| U-HAUL CO. OF NEVADA, INC., et al., | ) CASE NO. 2:08-cv-00729-KJD-PAL |
|---|---|
| Plaintiffs, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE HEARING** |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

   Plaintiffs U-Haul Co. of Nevada, Inc. and U-Haul International, Inc. and defendant the United States of America stipulate that the hearing on Defendant's Motion to Compel scheduled on August 21, 2012 at 10:30

a.m., be continued to August 22, 2012 at 10:30 a.m. or another date and time that is convenient for the Court except for August 27–29, on which days depositions are scheduled in this case.

Dated this 1st day of August, 2012.

| | |
|---|---|
| MORRIS LAW GROUP | Daniel G. Bodgen<br>UNITED STATES ATTORNEY |
| By: /s/ Ryan M. Lower<br>Steve Morris, Bar No. 1543<br>Ryan M. Lower, Bar No. 9108<br>Rex D. Garner, Bar No. 9401<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada  89101<br><br>Attorneys for Plaintiffs | By: /s/ Roger W. Wenthe<br>Roger W. Wenthe<br>Assistant United States Attorney<br>333 Las Vegas Blvd. So.<br>Suite 5000<br>Las Vegas, Nevada  89101<br><br>Attorneys for Defendant<br>United States of America |

### ORDER

**IT IS ORDERED** that the hearing on Defendant's Motion to Compel (Dkt. #110) currently scheduled for August 21, 2012, at 10:30 a.m., is **VACATED** and **CONTINUED** to **August 23, 2012, at 10:00 a.m., in Courtroom 3B.**

Dated this 8th day of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

2