DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@*usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U-HAUL CO. OF NEVADA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 2:08-cv-729-KJD-RJJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs U-Haul Co. of Nevada, Inc., and U-Haul International, Inc. (Plaintiffs) and Defendant the United States of America (Defendant), by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate as follows:

1.  The parties have entered into a Settlement Agreement dated October 16, 2012.

1

2. The Defendant will pay the Settlement Amount of $75,000 to U-Haul International, Inc., pursuant to Paragraph 3 of the Settlement Agreement on or before April 1, 2013.

3. The Plaintiffs and Defendant hereby stipulate to the dismissal of this action, pursuant to Paragraph 3 of the Settlement Agreement, with prejudice and with each party to bear its own attorney's fees, costs, and expenses.

DATED this 29th day of January, 2013

For the Plaintiffs:

MORRIS LAW GROUP

 /s/ Ryan Lower
Ryan Lower

For the Defendant:

DANIEL G. BOGDEN
United States Attorney

 /s/ Roger W. Wenthe
Roger W. Wenthe Esq.
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
**KENT J. DAWSON**
**UNITED STATES DISTRICT JUDGE**

Dated: January 30, 2013

2